# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KATHERINE MORRISSETTE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. |
| | ) 1:23-CV-00447-KD-PMU |
| BP EXPLORATION & PRODUCTION, INC., et al. | ) |
| Defendants. | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

COMES NOW Plaintiff, KATHERINE MORRISSETTE, by and through undersigned counsel, and pursuant to Fed. R. of Civ. P. 15(a)(2) and S.D. Al. L.R. 15, and hereby files Plaintiff's Motion for Leave to file First Amended BELO Complaint ("Motion"), and in support thereof states the following:

1. The Complaint in the above styled matter was timely filed in the Eastern District of Louisiana on July 21, 2023 ("Master Complaint"), against Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively "BP Defendants"), as a result of Plaintiff's most recent diagnosis of neurodermatitis.[1] This case was subsequently transferred to the District Court for the Southern District of Alabama on November 28, 2023.[2]

---

[1] *See Morrissette v. BP Exploration & Production,* No. 2:23-CV-02656, Doc. 1 (E.D. La.).
[2] *See* Doc. 7.

1

2. The Master Complaint is the third Complaint filed by Plaintiff, against BP Defendants, arising out of Plaintiff being diagnosed with five separate and distinct later-manifested medical conditions, and all of which Plaintiff claims were caused by her exposure and direct contact with oil, hydrocarbons, chemical dispersants, and other toxic substances when, in 2010, she was employed as a Shoreline and Beach Clean-Up Worker as part of the response to the *Deepwater Horizon* oil spill.

3. On November 20, 2020, Plaintiff, filed her BELO Complaint ("First Case") in the Eastern District of Louisiana against BP Defendants, alleging that as a result of her exposure and contact with oil and/or oil-based dispersants, Plaintiff was diagnosed with Chronic Bronchitis on May 5, 2017, and that she was also diagnosed with other conditions related to her exposure such as Chronic Dry Eye Syndrome of Bilateral Lacrimal Glands, and Unspecified Conjunctivitis both diagnosed on October 19, 2017.[3]

4. On March 26, 2021, Plaintiff's First Case was transferred to the District Court for the Southern District of Alabama.[4]

5. On June 10, 2022, Plaintiff, filed her second BELO Complaint ("Second Case") in the Eastern District of Louisiana against BP Defendants, alleging that as result of her exposure and contact with oil and/or oil-based dispersants, Plaintiff was diagnosed with Moderate Restrictive Lung Disease and Reactive Airway DZ /Asthma on October 19, 2021.[5]

---

[3] *See Morrissette v. BP Exploration & Production,* No. 2:20-CV-03165, Doc. 1 (E.D. La.).
[4] *See Morrissette v. BP Exploration & Production,* No. 1:21-CV-00143, Doc. 9 (S.D. Al.).
[5] *See Morrissette v. BP Exploration & Production,* No. 2:22-CV-01726, Doc. 1 (E.D. La.).

6. On October 13, 2022, Plaintiff's Second Case was transferred into the District Court for the Southern District of Alabama.[6]

7. On February 8th, 2024, this Court entered an Order consolidating all three BELO cases into a present case.[7]

8. Plaintiff is desirous of amending the Complaint [Doc. 1] with the following changes:

**Amended Paragraph 2:**

Plaintiff worked as a Shoreline Clean Up Worker[8] for the BP Deepwater Horizon Oil Spill ("Oil Spill"), to the best of her knowledge she worked approximately from June 23, 2010 to August 2010 and as such, is a Class Member as defined by the Medical Settlement Agreement (the "MSA").

**Amended Paragraph 46:**

During all relevant times, Plaintiff was a Shoreline Clean Up Worker, to best of her knowledge she worked approximately from June 23, 2010 to August, 2010 in Pensacola, Florida and Orange Beach, AL. Plaintiff would work 7 days a week, 12 hours a day on a typical workday. During her Response Activities, Plaintiff was provided with Tyvek suit, waders, boots, gloves and goggles, when available. Plaintiff had a number of different duties during this time period, including, but not limited to, performing Response Activities including, but not limited to cleaning up tar balls from the shoreline and waters. During the relevant times, Plaintiff received continuous

---

[6] *See Morrissette v. BP Exploration & Production,* No. 1:22-CV-00403, Doc. 7 (S.D. Al.).
[7] *See* Doc. 16.
[8] MSA § II.Q.

exposure to BP's toxic substances through her oil spill clean-up and response work activities.

**Amended Paragraph 51:**

As a result of this exposure to oil and/or oil-based dispersants Plaintiff was diagnosed with Chronic Bronchitis on May 5, 2017. In addition to Chronic Bronchitis, Plaintiff was also diagnosed with Moderate Restrictive Lung Disease and Reactive Airway DZ / Asthma on October 19, 2021 and Neurodermatitis on September 25, 2020.

**Amended Paragraph 54:**

As a result of the Plaintiff being diagnosed with a variety of medical conditions which were proximately caused by her exposure during the clean-up efforts, including but not limited to, Chronic Bronchitis, Moderate Restrictive Lung Disease and Reactive Airway DZ / Asthma and Neurodermatitis, Plaintiff KATHERINE MORRISSETTE, has suffered the following damages.[9]

9. "[A] party may amend its pleading only with the opposing party's written consent or the court's leave.[10] The court should freely give leave when justice so requires."[11]
10. The present Motion is made in good faith and not for the purpose of delay. The BP Defendants consented to Plaintiff's Motion for Leave to file First Amended BELO

---

[9] Plaintiff would like to withdraw her claims for two of her alleged conditions Chronic Dry Eye Syndrome of Bilateral Lacrimal Glands, and Unspecified Conjunctivitis.
[10] Fed. R. Civ. P. 15(a)(2).
[11] *See id.*

Complaint. BP Defendants will have fourteen (14) days from the date Plaintiff files her First Amended BELO Complaint to file a pleading responsive to same.[12]

11. The proposed First Amended BELO Complaint is attached herein as **Exhibit "A".**

WHEREFORE, Plaintiff, KATHERINE MORRISSETTE, respectfully requests that this Honorable Court (a) enter an Order Granting the present Motion; (b) allow Plaintiff to file their First Amended BELO Complaint; (c) allow BP Defendants fourteen (14) days from the date Plaintiff files their First Amended BELO Complaint to file a pleading responsive to same; and (d) any other relief this Court deems just and proper.

Dated March 21, 2024

Respectfully Submitted,

*/s/ C. David Durkee*
**C. David Durkee, Esq.**
**Florida Bar No. 998435**
THE DOWNS LAW GROUP, P.A.
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Phone: (305) 444-8226
Fax: (305) 444-6773
Email: ddurkee@downslawgroup.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March 2024 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing was sent to all counsel of record for all Defendants registered to receive electronic service by operation of the court's electronic filing system.

By: */s/ C. David Durkee*
    C. David Durkee, Esq.

---

[12] Fed. R. Civ. P. 15(a)(3).